Dennis L. Kennedy
Nevada Bar No. 1462
Sarah E. Harmon
Nevada Bar No. 8106
Kimberly R. McGhee
Nevada Bar No. 9728
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com
kmcghee@baileykennedy.com

Attorneys for Defendant NATIONAL FIRE &
MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>MAJESTIC PLUMBING, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:10-cv-00387-JCM-LRL<br><br>**ORDER DENYING MAJESTIC PLUMBING, INC.'S MOTION TO DISMISS** |

**ORDER DENYING MAJESTIC PLUMBING, INC.'S MOTION TO DISMISS**

On July 16, 2010, this Court heard oral argument on defendant Majestic Plumbing, Inc.'s Motion to Dismiss (Docket No. 6) ("Motion").  Dennis Kennedy, of Bailey❖Kennedy, and Martin Shives, of Shives & Associates, appeared on behalf of plaintiff National Fire & Marine Insurance Company.  Timothy Menter, of Menter & Witkin, and Robert Robbins, of Pengilly Robbins Slater, appeared on behalf of defendant Majestic Plumbing, Inc.

///

///

1  Having considered the Motion, related briefing and oral argument, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that Majestic Plumbing, Inc.'s Motion to Dismiss is denied.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2010

Respectfully submitted by:

BAILEY❖KENNEDY

By: */s/ Kimberly R. McGhee*
    Dennis L. Kennedy
    Nevada Bar No. 1462
    Sarah E. Harmon
    Nevada Bar No. 8106
    Kimberly R. McGhee
    Nevada Bar No. 9728
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    Telephone: (702) 562-8820
    Facsimile: (702) 562-8821
    dkennedy@baileykennedy.com
    sharmon@baileykennedy.com
    kmcghee@baileykennedy.com

*Attorneys for Defendant National Fire & Marine Insurance Company*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 2